# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2025

Erik Mishiyev
6697 EMMY LN APT 309
WESLEY CHAPEL, FL 33544

Appeal Number:  24-14050-H
Case Style:  Erik Mishiyev v. YouTube, LLC, et al
District Court Docket No:  8:24-cv-02675-MSS-TGW

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to reinstate appeal [25] filed by Appellant Erik Mishiyev.

Reason no action being taken on filing: Amended motion to reinstate has been filed.

**No deadlines will be extended** as a result of your deficient filing.

## ACTION REQUIRED

For motions for reconsideration or petitions for rehearing that are not permitted, no action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

Please note that any filing submitted out of time must be accompanied by an appropriate motion, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:     404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:    404-335-6125    Cases Set for Oral Argument:  404-335-6141

Notice No Action Taken