# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-14050

_____

ERIK MISHIYEV,

Plaintiff-Appellant,

*versus*

YOUTUBE, LLC,
SUNDAR PICHAI,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-02675-MSS-TGW

_____

Before JORDAN and LUCK, Circuit Judges.

2                          Order of the Court                    24-14050

BY THE COURT:

The motion to reinstate filed by the Appellant is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.