UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV
Plaintiff,

v.                                                    CASE No. 8:24-cv-2675-MSS-TGW

YOUTUBE LLC,
and SUNDAR PICHAI,
Defendants.

## ORDER

The plaintiff filed an Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 28) and an Amended Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 30), seeking a waiver of the filing fee for his complaint (Doc. 1).

The case was transferred to the Northern District of California on December 2, 2024 (Doc. 19). The plaintiff subsequently filed Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 28) on February 20, 2025, and an Amended Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 30) on February 24, 2025.

As the case is no longer in the Middle District of Florida and has been transferred to the Northern District of California, the plaintiff can

file an application to proceed in forma pauperis in the Northern District of California.

It is, therefore, upon consideration,

ORDERED:

That the Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 28) and Amended Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 30), be **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 6 day of March 2025.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2